**No. 10-521. Board of County Commissioners of Boulder County, Colo-**

rado, Petitioner v. Rocky Mountain Christian Church, et al.

562 U.S. 1136, 131 S. Ct. 978, 178 L. Ed. 2d 750, 2011 U.S. LEXIS 558.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 613 F.3d 1229.